UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: JOSEPH ANTHONY GILARDI | CASE NO. 17-11445 |
| | SECTION B |
| DEBTOR | CHAPTER 13 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**CONSENT ORDER**

Considering the Motion for Relief from Stay (the "Motion") (**P-83**) filed by BSI Financial Services, as servicer for U.S. Bank Trust National Association, as Trustee of the Lodge Series III Trust, proper notice having been given, a hearing have been scheduled for July 1, 2020 and by consent of the parties, the stay is modified by the terms of this Order. As of the hearing date, the post-petition delinquency is itemized as follows:

1. 8 Post-Petition Installments of $1,157.26 each due for
   November 1, 2019 to June 1, 2020 ..……….…………………………. $9,258.08

2. Attorney Fee ..……….…………………………………………………  500.00

3. Court Cost ..……….………………………………………………...  <u>181.00</u>

<u>4.</u>  Suspense Balance ..……….…………………………………………...  <u>642.57</u>

                                            TOTAL     **$9,296.51**

IT IS ORDERED that Debtor shall file a plan modification within fifteen (15) days from the entry of this Order to cure the post-petition delinquency of $9,296.51 through the Trustee over the remaining term of the plan and that upon confirmation of the modification the Trustee shall schedule the post-petition amount of $9,296.51 to be paid to BSI Financial Services  Should Debtor fail to file a plan modification within fifteen (15) days from the entry of this Order to cure the post-petition delinquency, then said event will constitute a default of this Order, and the

Court shall lift the stay upon the presentation of an Affidavit of Default executed by a representative of BSI Financial Services.

IT IS FURTHER ORDERED that Debtor shall pay the ongoing post-petition payments timely as they come due directly to BSI Financial Services commencing with the July 1, 2020 payment. Should BSI Financial Services not receive a regular post-petition payment on its due date, which is the first (1st) of the month, and thirty (30) days lapse without receipt of the payment, then said event will constitute a default of this Order, and BSI Financial Services shall provide Debtor and Debtor's counsel with notice of default and fourteen (14) days right to cure. Should the default not be cured within the fourteen (14) days, the Court shall lift the stay upon the presentation of an Affidavit of Default executed by a representative of BSI Financial Services.

IT IS FURTHER ORDERED that should this case be converted to any other Chapter of the Bankruptcy Code, this Order shall survive conversion. This order shall survive one (1) year after entry of this order, or until this case is dismissed, if the dismissal occurs prior to the passage of the one (1) year period referenced herein.

IT FURTHER ORDERED that counsel shall serve this order on the required parties who will not receive notice through the ECF system pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, July 1, 2020.

*J. A. Brown*

Hon. Jerry A. Brown
U.S. Bankruptcy Judge

| | |
|---|---|
| Submitted by: | READ and AGREED: |
| /s/ Matthew Resor | /s/ Kevin K. Gipson |
| Matthew Resor (No. 36929) | Kevin K. Gipson (No. 17604) |
| JACKSON & McPHERSON, L.L.C. | Attorney for Debtor |
| 935 Gravier Street, Suite 1400 | 3920 General DeGaulle Dr. |
| New Orleans, Louisiana 70112 | New Orleans, Louisiana 70114 |
| 504-581-9444 | 504-368-4101 |